THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Jonathan
 Barnhill, Appellant.
 
 
 
 
 

 

Appeal From Horry County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2010-UP-051
 Submitted January 4, 2010  Filed January
27, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia,  for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and John Gregory Hembree, of Conway, for
 Respondent.
 
 
 

PER CURIAM:  Jonathan
 Barnhill appeals his conviction for receiving stolen goods, arguing the trial
 court's charge on reasonable doubt was erroneous.  He also filed a pro se
 brief.  After a thorough review of the
 record and both briefs pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.